REGINA MUSIC-BOX CO. v. GUENDET.

(Circuit Court, S. D. New York. May 13, 1898.)

No. 7.

PATENTS—IMPROVEMENTS IN MUSIC BOXES.
 The Brachhausen & Riessner patent, No. 500,372, for an improved fly fan or governor for music boxes, *held* valid and infringed.

This was a suit in equity by the Regina Music-Box Company against Emile L. Guendet for alleged infringement of a patent for an invention.

Antonio Knauth, for complainant.

SHIPMAN, Circuit Judge. The bill in equity in this case was based upon the infringement by the defendant of the three claims of letters patent No. 500,372, dated June 27, 1893, and issued to Gustav A. Brachhausen and Paul Riessner, for an improved fly fan or governor for music boxes. The patent is, and was at the commencement of the suit, owned by the complainant. The defendant appeared in the case, and filed an answer, to which the complainant filed a replication. Prima facie, answering, and rebuttal proofs were taken by the respective parties, in the taking of which the defendant participated. In the answering proofs, the defendant called no witness, but introduced eight prior letters patent. Upon the hearing before this court, the complainant appeared, and was heard by his counsel, Antonio Knauth, Esq.; and the defendant did not appear. The validity of the patent has been sustained in this district by Judge Townsend, in Music-Box Co. v. Paillard, 85 Fed. 644. Infringement in this case is proved. I perceive no reason why the usual interlocutory decree for an injunction against the infringement of the three claims of the patent, and for an accounting, should not be entered.